## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 cv 11438　　　　　　　　　　　　　　　Purchased/Filed: December 20, 2007

STATE OF NEW YORK　　UNITED STATES DISTRICT COURT　　EASTERN DISTRICT OF NY

*Joe Hand Promotions, Inc*　　　　　　　　　　Plaintiff

against

*Neil S. Weinberg, et al*　　　　　　　　　　　Defendant

STATE OF NEW YORK　　SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___January 29, 2008___, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, and Complaint and Rule 7.1 Corporate Disclosure Statement, and Individual Judge's Rules on

___The Watering Hole of 2nd Ave. Corp.___, the Defendant in this action, by delivering to and leaving with ___Carol Vogt___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__　Approx. Wt: __118__　Approx. Ht: __5'__
Color of skin: __White__　Hair color: __Brown__　Sex: __F__　Other: _____

Sworn to before me on this

4th day of _____February, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0800923

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

%AO 440 (Rev. 8/01) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

Southern District of New York

JOE HAND PROMOTIONS, INC.,
as Broadcast Licensee of the **September 22, 2007**
UFC #76 Program,

        Plaintiff,

V.

NEIL S. WEINBERG, Individually and as officer, director, shareholder and/or principal of THE WATERING HOLE OF 2ND AVE. CORP. d/b/a THE WATERING HOLE OF 2ND AVENUE a/k/a 2 AVE BY 4 ST a/k/a 2 BY 4, and THE WATERING HOLE OF 2ND AVE. CORP. d/b/a THE WATERING HOLE OF 2ND AVENUE a/k/a 2 AVE BY 4 ST a/k/a 2 BY 4,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 11438

TO: (Name and address of Defendant)
**THE WATERING HOLE OF 2ND AVE. CORP. d/b/a THE WATERING HOLE OF 2ND AVENUE a/k/a 2 AVE BY 4 ST a/k/a 2 BY 4**
68 2nd Avenue
New York, New York  10003
Our File No. 07-13-S02V

The Watering Hole of 2nd Ave. Corp.
86 East 4th Street, Apt. 2
New York, New York  10003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY  12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**              DEC 2 0 2007

CLERK                                                        DATE

(By) DEPUTY CLERK