UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

JOE HAND PROMOTIONS, INC.,
as Broadcast Licensee of the **September 22, 2007**
UFC #76 Program,

                Plaintiff,

-against-

NEIL S. WEINBERG, et al.,

                Defendants.

---

**NOTICE OF DISMISSAL**

Civil Action No. 07-CV-11438 DC/KNF

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/28/08

    **PLAINTIFF, JOE HAND PROMOTIONS, INC.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: March 20, 2008
        Ellenville, New York

                                JOE HAND PROMOTIONS, INC.

                          By: _____
                              JULIE COHEN LONSTEIN, ESQ.
                              Attorney for Plaintiff
                              Bar Roll No. JL8521
                              LONSTEIN LAW OFFICE, P.C.
                              Office and P.O. Address
                              1 Terrace Hill : P.O. Box 351
                              Ellenville, NY 12428
                              Telephone: (845) 647-8500
                              Facsimile: (845) 647-6277
                              *Our File No. 07-13-S02*

SO ORDERED this 28th day of July, 2008

_____
HON. DENNY CHIN
UNITED STATES DISTRICT JUDGE